PETER COLELLA, Appellant, *v.* SMITH-FREDENBURG CORPORATION, Respondent.

(Argued March 16, 1934; decided April 17, 1934.)

*Henry R. Dutcher* and *Albert J. Rubin* for appellant.
*Luel F. Johnson* for respondent.

Appeal withdrawn on payment of costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.